WILLIAM J. SCHIEFFELIN, Appellant, *v.* GEORGE B. McCLELLAN et al., Composing the Board of Estimate and Apportionment of the City of New York, et al., Respondents.

*Schieffelin* v. *McClellan,* 135 App. Div. 665, appeal dismissed. (Argued February 8, 1910; decided February 15, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1909, which reversed an order of Special

Term granting a motion for an injunction *pendente lite* in a tax-payer's action to restrain the granting of certain modifications to a franchise permitting the operation of street surface cars over the Queens borough bridge and through certain streets in Queens borough.

*Julius Henry Cohen* and *Albert S. Bard* for appellant.

*Archibald R. Watson, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondents.

*Clarence Lexow* and *Arthur C. Hume* for South Shore Traction Company, intervening.

Appeal dismissed, without costs, on the ground that all the proper parties are not before the court; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.